UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DNAML PTY, LIMITED,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>APPLE, INC. et al.<br><br>　　　Defendants. | Civil Action<br>No. 13-cv-6516 (DLC) |



Granted.
[signature]
9/7/14

MEMO ENDORSED

## MOTION TO WITHDRAW AS ATTORNEY

　　Pursuant to Local Rule 1.4, Walter B. Stuart respectfully requests to be removed from the Court's docket and to be discharged from all further obligations and responsibilities with respect to the above-referenced action. Effective May 17, 2014, Mr. Stuart retired as a partner from the firm of Freshfields Bruckhaus Deringer US LLP, counsel to Hachette Book Group, Inc. ("Hachette") in the above-captioned action. The posture of the case is that Hachette answered the complaint on July 21, 2014, and the parties are preparing for the submission of a Joint Initial Report to govern discovery. Mr. Stuart is not asserting a retaining or charging lien. All other counsel of record for Hachette will continue to represent Hachette in this matter going forward.

Dated: August 22, 2014

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　　　　　Walter B. Stuart
　　　　　　　　　　　　　　　　　　　Vinson & Elkins LLP
　　　　　　　　　　　　　　　　　　　1001 Fannin Street, Suite 2500
　　　　　　　　　　　　　　　　　　　Houston, Texas 77002-6760
　　　　　　　　　　　　　　　　　　　Tel +1.713.758.1086
　　　　　　　　　　　　　　　　　　　Fax +1.713.615.5018
　　　　　　　　　　　　　　　　　　　wstuart@velaw.com

[DOCUMENT ELECTRONICALLY stamp]
9/3/2014

US1954597/8  157169-0006