# ARNOLD & PORTER LLP

**Scott Lent**
Scott.Lent@aporter.com

+1 212.715.1784
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

June 19, 2015

**BY ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

  Re: *DNAML PTY, Limited v. Apple Inc., et al.*, No. 13 Civ. 6516 (DLC)
    *Diesel eBooks, LLC v. Apple, Inc. et al.*, 14 Civ. 1768 (DLC)
    *Abbey House Media, Inc. v. Apple, Inc. et al.*, 14 Civ. 2000 (DLC)

Dear Judge Cote,

  On behalf of Defendants in the above actions and pursuant to the telephonic conference with the Court on June 9, 2015, we write to inform the Court that we have come to an agreement with all Plaintiffs regarding a revised discovery and briefing schedule for all cases. The proposed revised schedule, which includes dates for fact discovery related to Defendants' counterclaims against Diesel and the resolution of the DNAML discovery dispute, is included in the table below.

        Respectfully submitted,

         / C. Scott Lent /

        C. Scott Lent
        Arnold & Porter LLP

Cc: Counsel of Record (via ECF Notification)

The Honorable Denise L. Cote
June 19, 2015
Page 2

## Revised Schedule

The schedule below modifies and supersedes the schedule attached to the Joint Initial Report dated September 4, 2014, *DNAML* Dkt. 91. The schedule of all cases shall continue to be coordinated.

| # | Action | Date/Deadline |
|---|---|---|
| 1 | Neutral forensic expert provides the entire Stage 3.1 Initial Report to all parties in 4402 Projection Dispute | As soon as possible (expected before July 1, 2015) |
| 2 | Discovery requests served for Diesel counterclaims | June 19, 2015 |
| 3 | Diesel answers counterclaims | June 26, 2015 |
| 4 | Parties serve responses and objections to discovery requests and commence producing documents responsive to discovery requests for Diesel counterclaims | July 20, 2015 |
| 5 | 4402 Projection Dispute motions filed | Thirty days after Defendants receive the entire Stage 3.1 Initial Report from neutral expert |
| 6 | 4402 Projection Dispute oppositions filed | 14 days after motions filed |
| 7 | Plaintiffs' rebuttal expert reports served (all cases) | August 11, 2015 |
| 8 | Close of Diesel counterclaim fact discovery | August 28, 2015 |
| 9 | End of expert discovery, including expert depositions (all cases) | August 28, 2015 |
| 10 | Summary judgment motions filed (all cases) | September 18, 2015 |
| 11 | Summary judgment motion oppositions filed (all cases) | October 16, 2015 |
| 12 | Summary judgment motion replies filed (all cases) | October 30, 2015 |

DATED: June ___, 2015          **SO ORDERED:**


_____
HON. DENISE L. COTE
United States District Judge