UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DNAML PTY, LIMITED<br><br>　　　　　　　　　　**Plaintiff,**<br>　v.<br><br>APPLE, INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, L.L.C.; VERLAGSGRUPPE GEORG VON HOLTZBRINCK GMBH; HOLTZBRINCK PUBLISHERS, LLC d/b/a MACMILLAN; THE PENGUIN GROUP, A DIVISION OF PEARSON PLC.; and SIMON & SCHUSTER, INC.<br><br>　　　　　　　　　　**Defendants.** | 13 Civ. 6516 (DLC) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; the Declaration of Yehudah L. Buchweitz, dated September 18, 2015 and the documents submitted therewith; and the Local Rule 56.1 Statement of Undisputed Facts; Defendants Apple, Inc., Hachette Book Group, Inc., HarperCollins Publishers, L.L.C., Verlagsgruppe Georg von Holtzbrinck GmbH and Holtzbrinck Publishers, LLC d/b/a Macmillan, The Penguin Group, a Division of Pearson PLC, and Simon & Schuster, Inc. (collectively, "Defendants"), respectfully move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, and the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendants summary judgment and for such other and further relief as the Court deems appropriate.

Dated: New York, New York
September 18, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ Yehudah L. Buchweitz | /s/ Saul P. Morgenstern |
| James W. Quinn | Saul P. Morgenstern |
| Yehudah L. Buchweitz | Amanda C. Croushore |
| Jeff L. White | Margaret A. Rogers |
| WEIL GOTSHAL & MANGES LLP | KAYE SCHOLER LLP |
| 767 Fifth Avenue | 425 Park Avenue |
| New York, NY 10153-0119 | New York, New York 10022 |
| Tel.: (212) 310-8000 | Tel.: (212) 836.7210 |
| Fax: (212) 310-8007 | Fax: (212) 836-6333 |
| | |
| james.quinn@weil.com | saul.morgenstern@kayescholer.com |
| yehudah.buchweitz@weil.com | amanda.croushore@kayescholer.com |
| jeff.white@weil.com | margaret.rogers@kayescholer.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Simon & Schuster, Inc.* | *Penguin Group (USA) Inc.* |
| | |
| /s/ Michael Lacovara | /s/ Charles Scott Lent |
| Michael Lacovara | C. Scott Lent |
| Richard Snyder (*pro hac vice*) | ARNOLD & PORTER LLP |
| Samuel J. Rubin | 399 Park Avenue |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | New York, New York 10022 |
| 601 Lexington Avenue 31st Fl. | Tel: (212) 715-1784 |
| New York, NY 10022 | Fax: (212) 715-1399 |
| Tel.: (212) 277 4000 | |
| Fax: (212) 277 4001 | scott.lent@aporter.com |
| | |
| michael.lacovara@freshfields.com | *Attorneys for Defendant* |
| richard.snyder@freshfields.com | *HarperCollins Publishers LLC* |
| samuel.rubin@freshfields.com | |
| | |
| *Counsel for Defendant* | |
| *Hachette Book Group, Inc.* | |

1

| | |
|---|---|
| _/s/ Joel M. Mitnick_ | _/s/ Theodore J. Boutrous, Jr_ |
| Joel M. Mitnick<br>John Lavelle<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel.:    (212) 839-5300<br>Fax:    (212) 839-5599<br><br>jmitnick@sidley.com<br>jlavelle@sidley.com<br><br>*Attorneys for Defendants*<br>*Macmillan Publishers Inc., and Verlagsgruppe*<br>*Georg Von Holtzbrinck GmbH* | Theodore J. Boutrous, Jr.<br>Daniel G. Swanson<br>GIBSON, DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel.:    (213) 229-7000<br><br>tboutrous @ gibsondunn.com<br><br>Lawrence J. Zweifach<br>GIBSON, DUNN & CRUTCHER, LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.:    (212) 351-4000<br><br>Cynthia Richman<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>Tel.:    (202) 955-8500<br><br>*Attorneys for Defendant*<br>*Apple, Inc.* |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DNAML PTY, LIMITED<br><br>**Plaintiff,**<br>v.<br><br>APPLE, INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, L.L.C.; VERLAGSGRUPPE GEORG VON HOLTZBRINCK GMBH; HOLTZBRINCK PUBLISHERS, LLC d/b/a MACMILLAN; THE PENGUIN GROUP, A DIVISION OF PEARSON PLC.; and SIMON & SCHUSTER, INC.<br><br>**Defendants.** | 13 Civ. 6516 (DLC) |

**CERTIFICATE OF SERVICE**

I, Robert S. Levine, an attorney, hereby certify and/or state on oath that the within Notice of Motion; Memorandum of Law; Declaration of Yehudah L. Buchweitz, dated September 18, 2015, and the documents submitted therewith; and the Local Rule 56.1 Statement of Undisputed Facts were served on all parties in the above-captioned action via electronic delivery on this 18th day of September, 2015.


___/s/ Robert S. Levine_____

Robert S. Levine