# Weil, Gotshal & Manges LLP

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Yehudah L. Buchweitz**
+1 (212) 310-8256
Yehudah.Buchweitz@weil.com

October 14, 2015

The Honorable Denise Cote
United States District Court Judge
Southern District of New York
500 Pearl St., Room 1610
New York, NY 10007-1312

    Re:    *DNAML PTY, Limited v. Apple, Inc., et al.*, No. 13 Civ. 6516 (DLC)
             *Diesel eBooks, LLC v. Apple, Inc. et al.*, 14 Civ. 1768 (DLC)
             *Abbey House Media, Inc. v. Apple, Inc. et al.*, 14 Civ. 2000 (DLC)

Dear Judge Cote:

We represent defendant Simon & Schuster, Inc. in the above-captioned action, and also write on behalf of defendants Apple, Inc., Hachette Book Group, Inc., HarperCollins Publishers, L.L.C., Verlagsgruppe Georg von Holtzbrinck GmbH and Holtzbrinck Publishers, LLC d/b/a Macmillan, and The Penguin Group, a Division of Pearson PLC (collectively, "Defendants").

Pursuant to Rule 4(A) of the Court's Individual Rules of Practice in Civil Cases, we write to confirm that we have publicly filed Defendants' motions for summary judgment and related filings and exhibits in accordance with the redactions approved by the Court's October 8, 2015 letter endorsement (DNAML Dkt. No. 168). We also confirm that we have filed a set of unredacted materials with the Sealed Records Department of the Southern District of New York.

Respectfully submitted,

*/s/ Yehudah L. Buchweitz*

Yehudah L. Buchweitz

Cc: all counsel (by ECF)