**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DNAML PTY, LIMITED,

                Plaintiff,                13 **CIVIL** 6516 (DLC)

      -against-                        **JUDGMENT**

APPLE INC; HACHETTE BOOK GROUP,
INC.; HARPERCOLLINS PUBLISHERS, LLC;
VERLAGSGRUPPE GEORG VON HOLTZBRINCK
GMBH; HOLTZBRINCK PUBLISHERS, LLC
d/b/a MACMILLAN; THE PENGUIN GROUP, A
DIVISION OF PEARSON PLC; and SIMON &
SCHUSTER, INC.,

                Defendants.
-----------------------------------------------------------------X

      Defendants having moved for summary judgment (Doc. #144), and the matter having come before the Honorable Denise L. Cote, United States District Judge, and the Court, on December 16, 2015, having rendered its Opinion & Order (Doc. #250) granting the Defendants' September 18 motion for summary judgment and dismissing the claims asserted in this action with prejudice; and directing the Clerk of Court to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 16, 2015, the Defendants' September 18 motion for summary judgment is granted and the claims asserted in this action are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           January 27, 2016

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                          **BY:**    K. Mango
                                                _____
                                                **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 01/27/2016